JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE BARTLETT,<br><br>         Plaintiff,<br><br>    vs.<br><br>JEFF KAUFMAN,<br><br>         Defendant. | Case No. 8:25-cv-01169-JVS-JDE<br><br>**ORDER GRANTING PLAINTIFF'S REQUET FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**<br><br>Complaint Filed May 29, 2025<br>First Amended Complaint Filed July 28, 2025 |

## ORDER

The Court, having read and considered Plaintiff Jeanne Bartlett's ("Plaintiff") Request for Dismissal of Entire Action without Prejudice, hereby ORDERS AS FOLLOWS:

1. Plaintiff's request is GRANTED; and
2. The case is dismissed in its entirety without prejudice.

IT IS SO ORDERED.

November 25, 2025

_____
Hon. James V. Selna
United States District Judge